**SO ORDERED.**

**Dated: July 28, 2015**

Madeleine C. Wanslee

**Madeleine C. Wanslee, Bankruptcy Judge**

Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona  85012-1965
602.277.8996
Fax 602-253-8346
mail@ch13bk.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re<br><br>ELIZABETH MARY TANDY,<br><br>Debtor. | Chapter 13<br><br>Case No. 2-13-bk-12140 MCW<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF SAMUEL J. SCHOCH**<br><br>Court Claim Number: 018 |

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by SAMUEL J. SCHOCH, and there being no response or timely response filed by the Claimant, it is

ORDERED sustaining the Trustee's Objection and Claim Number 018 is disallowed.

**ORDER SIGNED AND DATED ABOVE**