## BUSINESS OPERATING STATEMENT

Name(s) of Debtor(s):

Elizabeth M. Tandy

Chapter 13
Case No. 2:13-bk-12140 MCW
Financial Report for June, 2016
(Month and Year)

**1. INCOME.**

| | | |
|---|---|---|
| Gross Business Receipts | $ 33981.52 | |
| Sales Taxes Collected | $ — | |
| ***TOTAL INCOME*** | | $ 33981.52 |

**2. COSTS AND EXPENSES.**

| | | |
|---|---|---|
| Advertising | $ 294.01 | |
| Auto Fuel & Operation | $ 113.26 | |
| Bad Debts & Collection Costs (noncash basis) | $ — | |
| Commissions & Bonuses | $ — | |
| Debt Installments (do not incl. the plan payment): | | |
| (a) WF Practice Loan | $ 5820.00 | |
| (b) Laboratory Fees | $ 71.00 | |
| (c) Continuing Education | $ 1148.53 | |
| Employee Benefits: | | |
| (a) Hospitalization & Medical | $ — | |
| (b) Retirement | $ — | |
| (c) Other | $ — | |
| Insurance Premiums (fire, theft, liability, etc.) | $ — | |
| Legal & Accounting | $ 600.00 | |
| Maintenance & Repairs | $ 117.25 | |
| Materials & Supplies | $ 2042.83 | |
| Office Supplies | $ 982.90 | |
| Other Business Expenses (itemize): | | |
| CC + Bank Fees | $ 491.03 | |
| Service Contracts | $ 4337.94 | |
| Postage & Shipping | $ 45.00 | |
| Rent or Lease Expense | $ 1756.54 | |
| Returns & Allowances | $ 517.36 | |
| Salaries & Wages (gross, do not incl. owner's salary) | $ 8213.68 | |
| Taxes: | | |
| Employer's FICA (social security) contributions | $ 560.82 | |
| Sales Taxes | $ — | |
| Unemployment Taxes | $ 33.41 | |
| Telephone & Utilities | $ 892.51 | |
| Workers' Compensation Insurance | $ 27.60 | |
| ***TOTAL COSTS AND EXPENSES*** | | $ 28,065.40 |

**3. NET INCOME (LOSS).** (Total Costs & Expenses [#2] subtracted from Total Income [#1]) $ 5,916.12

FILED
JUL 18 2016
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

I/We declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: July 11, 2016.

Elizabeth M Tandy
Debtor

Debtor

*(File this Operating Statement with the Clerk of the Court.)*

Rev. 12/09