JOHN S. LEONARDO
United States Attorney
District of Arizona

VIRGINIA W. GOURLAY
Assistant U.S. Attorney
Michigan State Bar No. P68787
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: virginia.gourlay@usdoj.gov
Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Elizabeth Mary Tandy,<br><br>Debtor. | Case No. 2:13-bk-12140-MCW<br><br>**UNITED STATES' MOTION TO DISMISS** |

Creditor United States of America, through its agency, the Internal Revenue Service, by and through undersigned counsel, moves the Court to dismiss Debtors' Chapter 13 Bankruptcy case because Debtor has accrued post-petition tax debt. The reasons for this motion are more fully set out in the attached Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**FACTS:**

Debtor filed a petition for Chapter 13 Bankruptcy relief on July 16, 2014. At that time, Debtors owed the IRS outstanding tax debt totaling $3,278.63. Since the filing of the case, Debtor has incurred income tax liability in the amount of $62,259.30. Debtor consistently fails to withhold enough income tax to pay her tax liability and is funding her plan with money that should be used for tax payments. For this reason, Debtor's case should be dismissed or converted for cause pursuant to 11 U.S.C. § 1307(c).

**ARGUMENT:**

11 U.S.C. §1307(c) allows the Court to dismiss or convert a case for cause upon request of a party of interest. As a creditor of the debtor, the Service is a proper party in interest. See *Int'l Transactions, Ltd. v. Embotelladora Agral Regiomontana, S.A. de C. V.*, 347 F.3d 589, 595 (5th Cir. 2003); 11 U.S.C. § 1109(b) ("party in interest" includes any creditor) The statute enumerates examples of cause for dismissal but these examples are not exhaustive, and the courts have discretion in determining what constitutes cause. *In re Walters, 11 B.R. 567, 569* (Bankr. S.D. W. Va. 1981). See *In re Simmons*, 256 B.R. 578 (D. Md. 2001), aff'd, 2001 U.S. App. LEXIS 8442 (4th Cir. 2001)

The IRS has been prejudiced by the Debtor's accumulation of post-petition income tax debts. It appears that the plan payments are being funded in whole or in part with funds that should be paid toward taxes. The Debtor continues to accrue post-petition income tax liability due to a pattern of failing to withhold enough income tax. Courts have held that a debtor's failure to file pay taxes as they become due is grounds for dismissal. See *In re Koval*, 205 B.R. 72, 76 (Bankr. N.D. Tex. 1996). The United States contends that the Debtors' failure to comply with Title 26 of the United States Code and timely pay taxes post-petition while enjoying the protection and benefits afforded to the Debtor under Title 11 of the United States Code is inequitable and prejudicial to the IRS and cause for dismissal under 11 U.S.C. § 1307(c).

Debtor's accumulation of post-petition tax accruals, show that it is not feasible for her to successfully complete their obligations under the Plan. The purpose of the Bankruptcy Code is to allow debtors to rehabilitate themselves, *In re Gurwitch*, 794 F.2d 584, 585 (11th Cir. 1986); to give themselves a "fresh start." *In re Burns*, 887 F.2d 1541, 1543 (11th Cir. 1989). Rather than working toward rehabilitation, Debtor is abusing the protections of Chapter 13. Congress did not intend for debtors to incur additional debt without the consent of the Trustee. 11 U.S.C. § 1305(c).

WHEREFORE, the United States prays after notice and hearing that the Court find that it is in the best interest of the estate and the creditors to dismiss this case or, in the alternative, to convert it to Chapter 7.

RESPECTFULLY SUBMITTED this August 9, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

_s/ Virginia W. Gourlay_
VIRGINIA W. GOURLAY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

*Attorneys for Debtors*

Andrea Wimmer
123 N. Centennial Way, Ste. 110
Mesa, AZ 85201

*Chapter 13 Trustee*

Russell Brown
3838 N. Central Ave.
Phoenix, AZ 85012

*s/ Virginia W. Gourlay*
U.S. Attorney's Office